# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-3169

_____

Bobby Lee Robertson

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Division of Correction

*Defendant - Appellee*

Dale Reed, Director, DOC; William Straughn, Assistant Director, ADC (DOC)

*Defendant*s

James Gibson, Warden, Varner Supermax, ADC; James Shipman, Warden, Tucker Max Security Unit, ADC, (Former Deputy Warden, Varner Supermax Unit, ADC)

*Defendants - Appellees*

Maurice Culclager, Deputy Warden, Tucker Maximum Security Unit, ADC; Antonio Johnson, Chief of Security, Tucker Maximum Security Unit, ADC; Claudia Harris, Warden, McPherson Unit, (Former Deputy Warden, Tucker Maximum Security Unit, ADC); Cadijah Jackson, Disciplinary Serving Officer, Tucker Maximum Security Unit, ADC; Janice Blake, Disciplinary Hearing Officer, DOC; Raymond Naylor, Disciplinary Hearing Administrator, Internal Affairs; Asa Hutchinson, Governor, State of Arkansas; Solomon Graves, Secretary, Department of Correction; S. Gardner, Sgt./Security Camera Operator/Investigator; Tucker Maximum Security Unit, ADC

*Defendant*s

Floria Washington, Classification Committee; Brandon Carroll, Classification Committee

*Defendants - Appellees*

Yolanda N. Langston, Sgt./Video Camera Operator

*Defendant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: July 1, 2024
Filed: July 5, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.
_____

PER CURIAM.

Bobby Robertson appeals following the district court's[1] grant of summary judgment in favor of the defendants. After careful *de novo* review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Whitson v. Stone Cnty. Jail*, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).